**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**FORT MYERS DIVISION**

UNITED STATES OF AMERICA,

           Plaintiff,

-vs-                                            Case No. 2:08-cr-169-FtM-36DNF

CARLOS ALFARO,

           Defendant.

_____

**ORDER**

This matter comes before the Court on the Defendant's Motion to Conduct Competency Determination (Doc. #25) filed on September 14, 2010. The Defendant moves the Court to conduct a competency determination.

As a matter of background, the Defendant is charged with illegal re-entry after deportation. On August 18, 2006, the Defendant was evaluated by Dr. Paul Kling, PhD, for mental competency. Dr. Kling found the Defendant incompetent to stand trial. Based upon that report, the Defendant was found by the Court to be incompetent to stand trial in the state court matter in Collier County, Florida. The Defendant was then committed to the Florida Department of Children and Families.

The Defendant was subsequently evaluated by two professionals appointed by the Circuit Court who opined the Defendant was in fact competent. On March 31, 2008, the state court found the Defendant competent to stand trial. On March 30, 2009, the Defendant pled guilty to one of the state charges and is currently serving a minimum mandatory sentence of twenty-five (25) years imprisonment, followed by fifteen (15) years probation.

On October 25, 2010, Defense Counsel moved the Court for transport the Defendant for an evaluation with Dr. Frederick Schaerf. Upon completion of the evaluation, an evidentiary hearing was scheduled. At the hearing, Defense Counsel was unable to provide the Court with any substantive evidence to find that the Defendant was incompetent to stand trial. Therefore, the Court finds the Defendant is competent to proceed to trial.

Accordingly, it is now

**ORDERED:**

The Defendant's Motion to Conduct Competency Determination (Doc. #25) is **GRANTED** to the extent that an evidentiary hearing was scheduled before the Court. However, absent any evidence to determine the Defendant to be incompetent, the Court finds the Defendant competent to proceed to trial. The case remains on the trial term beginning **February 1, 2011.** The Defendant is scheduled for a status conference on **January 11, 2011 at 1:30 PM** before the Honorable Charlene Edwards Honeywell.

**DONE AND ORDERED** at Fort Myers, Florida, this   6th   day of January, 2011.

*Sheri Polster Chappell*
SHERI POLSTER CHAPPELL
UNITED STATES MAGISTRATE JUDGE

Copies: All Parties of Record